86 A.3d 130

IN THE MATTER OF WILLIAM E. GAHWYLER, JR., AN
ATTORNEY AT LAW (ATTORNEY NO. 018291990).

March 27, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–195, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **WILLIAM E. GAHWYLER, JR.,** of **MIDLAND PARK,** who was admitted to the bar of this State in 1990, and who has been suspended from the practice of law since February 22, 2013, should be censured for violating *RPC* 1.15(d) (recordkeeping violations) and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **WILLIAM E. GAHWYLER, JR.,** is hereby censured; and it is further

ORDERED that respondent shall continue to be restrained and enjoined from practicing law during the period of his suspension, and shall continue to comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.